McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916)554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DOUGLASS FOWLER,<br><br>            Defendant. | Case No. CR-S-08-0193 GEB<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE |

   Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Douglass FOWLER, by and through his counsel Daniel Clymo, Esq., hereby stipulate and agree that the status conference currently set for Friday, May 30, 2008, at 9:00 a.m. should be continued to Friday, June 13, 2008, at 9:00 a.m.

   The requested continuance is based upon the need of defense counsel to review discovery in the case, prepare for a possible trial, and examine the defendant's guideline exposure in this case. The parties further agree and stipulate that the period between May 30, 2008, and June 13, 2008, should be excluded from computed time for commencement of trial under the Speedy Trial Act, based upon the

/ / /

/ / /

interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and reasonable time necessary for effective defense preparation.

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED:  May 30, 2008          By:  /s/Jason Hitt
                                         JASON HITT
                                         Assistant U.S. Attorney

DATED:  May 30, 2008          By:  /s/Jason Hitt
                                         Telephonically authorized to sign for Mr. Clymo on 05-29-08
                                         DANIEL CLYMO, Esq.
                                         Attorney for FOWLER

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The Status Conference set for May 30, 2008, at 9:00 a.m., is continued to June 13, 2008, at 9:00 a.m.; and

2. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through June 13, 2008.

Dated:  May 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge