MATTHEW C. BISHOP SBN 134936
LAW OFFICES OF MATTHEW C. BISHOP INC.
1030 SEMINARY STREET
NAPA, CA   94559
MCBLAW2003@YAHOO.COM
(707)258-8090 phone
(707)255-3616 fax

Attorney for Defendant
DOUGLASS FOWLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DOUGLASS FOWLER<br><br>　　　　　　Defendant.<br>_____ | Case No. CR.  S-08-193<br><br>STIPULATION AND (PROPOSED) ORDER TO VACATE TRIAL CONFIRMATION AND TRIAL DATES AND TO SET STATUS CONFERENCE |

　　　　Defendant Douglass Fowler, by his attorney of record, Matthew C. Bishop, and Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, hereby stipulate and agree that the Trial Confirmation date currently set for September 12, 2008 at 9:00 a.m. and the Trial date currently set for September 30, 2008 at 9:00 a.m. should be vacated and that a Status conference should be set for September 19, 2008 at 9:00 a.m..

　　　　This request is based on the recent Substitution of Attorney filed on behalf of the defendant in this matter and new counsel's need to obtain and thoroughly review discovery in this matter which is believed to include in excess of 100 pages and audio tapes in an effort to adequately prepare this case for resolution or

PDF created with pdfFactory trial version www.pdffactory.com

1. trial.
2. The parties further agree and stipulate that the period of time between the
3. original Trial date of September 30, 2008 and a new Trial date set by this court at
4. the September 19, 2008 status conference should be excluded from computed
5. time for commencement of trial under the Speedy Trial Act, based upon the
6. interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to
7. allow defendant his choice of counsel and a reasonable time necessary for
8. effective defense preparation.
9. A proposed order granting the requested relief is submitted with this
10. stipulation.
11.
12.
13. DATED: September 10, 2008          Respectfully Submitted,
14.
15.                                    /s/Matthew C. Bishop_____
                                       MATTHEW C. BISHOP
16.                                    Attorney for Defendant
17. DATED: September 10, 2008          McGREGOR W. SCOTT
18.                                    United States Attorney
19.                                    /s/Matthew Bishop_____
20.                                    Telephonically authorized to sign for
                                       Mr. Hitt on 9-10-08
21.                                    JASON HITT
                                       Assistant U.S. Attorney
22.
23.
24.
25.
26.
27.
28.

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based upon the representations and stipulations, **IT IS HEREBY ORDERED** that:

1. The Trial Confirmation currently set for September 12, 2008, at 9:00 a.m. is hereby vacated; and,

2. The Trial date currently set for September 30, 2008 at 9:00 a.m., is hereby vacated; and,

3. A Status Conference in this matter is set for September 19, 2008 at 9:00 a.m., at which time new Trial Confirmation and Trial dates shall be set; and

4. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from September 30, 2008 through the new date set for trial in this matter.

DATED: 9/10/08

_____
GARLAND E. BURRELL, JR.
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com