COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California  94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
DOUGLASS FOWLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff,                               )<br>)<br>vs.                                              )<br>)<br>DOUGLASS FOWLER,                   )<br>)<br>    Defendant.                            )<br>)<br>_____) | Case No. 2:08-CR-00193 GEB<br><br>SUBSTITUTION OF ATTORNEYS AND PROPOSED ORDER |

Defendant DOUGLASS FOWLER hereby substitutes the COOPER LAW OFFICES as his attorneys of record in this case, in place of MATTHEW BISHOP.

                                                          COOPER LAW OFFICES

DATED:  November 25, 2008            /s/ COLIN L. COOPER


                                                          I agree to the substitution.

DATED:  November 25, 2008            /s/ DOUGLASS FOWLER


                                                          I agree to the substitution.

DATED:  November 25, 2008            /s/ MATTHEW BISHOP

      IT IS SO ORDERED.

DATED:12/2/08

                                  HONORABLE GARLAND E. BURRELL, JR.
                                  District Judge