COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
MELISSA DAGUE, SBN 229310
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DOUGLASS FOWLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-00193 GEB |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) | |
| DOUGLASS FOWLER, | ) | |
| Defendant. | ) | |

Defendant DOUGLASS FOWLER, by and through his attorney Colin L. Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above captioned case from Friday, December 5, 2008, at 9:00 a.m., to Friday, January 9, 2009, at 9:00 a.m.

The parties further stipulate and agree that the period from December 5, 2008 to January 9, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED:  December 8, 2008         /s/ COLIN L. COOPER
                                 Attorney for Defendant DOUGLASS FOWLER

DATED:  December 8, 2008         /s/ JASON HITT
                                 Assistant United States Attorney

-1-

-2-

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for December 5, 2008, is continued to January 9, 2009, at 9:00 a.m. and that the period from December 5, 2008 to January 9, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED:12/8/08

GARLAND E. BURRELL, JR.
United States District Judge