```
1  COLIN L. COOPER, SBN 144291
   KELLIN R. COOPER, SBN 172111
2  DUSTIN GORDON, SBN 205216
   COOPER LAW OFFICES
3  800 Jones Street
   Berkeley, California 94710
4  Telephone: (510) 558-8400
   Fax: (510) 558-8401
5
   Attorneys for Defendant
6  DOUGLASS FOWLER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-00193 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS CONFERENCE |
| DOUGLASS FOWLER, | ) | |
| Defendant. | ) | |

Defendant DOUGLASS FOWLER, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from May 22, 2009 to June 26, 2009 at 9:00 A.M. The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from May 22, 2009 to June 26, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 .S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: May 21, 2009          /s/ COLIN L. COOPER
                              Attorney for Defendant DOUGLASS FOWLER

DATED: May 21, 2009          /s/ JASON HITT
                              Assistant United States Attorney

-1-

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for May 22, 2009 at 9:00 A.M. is continued to June 26, 2009 at 9:00 A.M. and that the period from May 22, 2009 to June 26, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED: 5/22/09

_____
GARLAND E. BURRELL, JR.
United States District Judge