COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DOUGLASS FOWLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DOUGLASS FOWLER,<br><br>  Defendant.<br>_____ | NO. 2:08-CR-00193 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

Defendant DOUGLASS FOWLER, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from November 20, 2009 to December 11, 2009 at 9:00 a.m. The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from November 20, 2009 to December 11, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161 (h)(8)(A) for the effective preparation of counsel.

DATED: November 19, 2009        /s/ COLIN L. COOPER
                                Attorney for Defendant DOUGLASS FOWLER

DATED: November 19, 2009        /s/ JASON HITT
                                Assistant United States Attorney

-1-

| | |
|---|---|
| 1 | |
| 2 | GOOD CAUSE APPEARING, in that it is the stipulation of the parties: |
| 3 | IT IS HEREBY ORDERED that the status conference scheduled for November 20, 2009 at |
| 4 | 9:00 A.M. is continued to December 11, 2009 at 9:00 A.M. and that the period from November 20, |
| 5 | 2009 to December 11, 2009 is excludable from calculation under the Speedy Trial Act pursuant to |
| 6 | 18 U.S.C. §3161(h)(8)(A). |

Date: 11/24/09

_____
GARLAND E. BURRELL, JR.
United States District Judge