1  COLIN L. COOPER, SBN 144291
   KELLIN R. COOPER, SBN 172111
2  DUSTIN GORDON, SBN 205216
   COOPER LAW OFFICES
3  800 Jones Street
   Berkeley, California 94710
4  Telephone: (510) 558-8400
   Fax: (510) 558-8401
5
   Attorneys for Defendant
6  DOUGLASS FOWLER

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11  UNITED STATES OF AMERICA,        )    NO. 2:08-CR-00193 GEB
                                     )
12        Plaintiff,                 )    STIPULATION AND ORDER
                                     )    CONTINUING STATUS
13  vs.                              )    CONFERENCE
                                     )
14  DOUGLASS FOWLER,                 )
                                     )
15        Defendant.                 )
    _____)

16

17        Defendant DOUGLASS FOWLER, by and through his attorney, Colin Cooper, and the

18  United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and

19  agree to continue the status conference in the above-captioned case from December 11, 2009 to

20  January 15, 2010 at 9:00 a.m.  The continuance is requested to allow defendant's counsel

21  additional time for preparation.

22        The parties further stipulate and agree that the period from December 11, 2009 to January

23  15, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161

24  (h)(8)(A) for the effective preparation of counsel.

25

26  DATED: December 9, 2009            /s/ COLIN L. COOPER
                                       Attorney for Defendant DOUGLASS FOWLER
27
    DATED: December 9, 2009            /s/ JASON HITT
28                                     Assistant United States Attorney

1

2        GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY

3   ORDERED on December 11, 2009, that the status conference scheduled for December 11, 2009

4   at 9:00 A.M. is continued to January 15, 2010 at 9:00 A.M. and that the period from December 11,

5   2009 to January 15, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18

6   U.S.C. §3161(h)(8)(A).

7

8   _____

9   GARLAND E. BURRELL, JR.
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-