COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DOUGLASS FOWLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DOUGLASS FOWLER,<br><br>    Defendant.<br>_____ | NO. 2:08-CR-00193 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

Defendant DOUGLASS FOWLER, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from February 26, 2010 to March 19, 2010.  The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from February 26, 2010 to March 19, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161 (h)(8)(A) for the effective preparation of counsel.

DATED: February 26, 2010        /s/ COLIN L. COOPER
                                Attorney for Defendant DOUGLASS FOWLER

DATED: February 26, 2010        /s/ JASON HITT
                                Assistant United States Attorney

-1-

-2-

1  GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY
ORDERED that the status conference scheduled for February 26, 2010 at 9:00 A.M. is continued
to March 19, 2010 at 9:00 A.M. and that the period from February 26, 2010 to March 19, 2010 is
excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED: 2/26/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-