COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DOUGLASS FOWLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | NO. 2:08-CR-00193 GEB |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| vs.   ) | CONFERENCE |
| ) | |
| DOUGLASS FOWLER,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

Defendant DOUGLASS FOWLER, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from January 21, 2011 to January 28, 2011, at 9:00 a.m.

The parties further stipulate and agree that the period from Friday, January 21, 2011 to Friday, January 28, 2011, at 9:00 a.m. is excludable from calculation under the Speedy Trial Act pursuant to 18 .S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: January 20, 2011          /s/ COLIN L. COOPER
                                 Attorney for Defendant DOUGLASS FOWLER


DATED: January 20, 2011          /s/ JASON HITT
                                 Assistant United States Attorney

1  GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

2  IT IS HEREBY ORDERED that the status conference scheduled for Friday, January 21, 2011 at 9:00 a.m. is continued to Friday, January 28, 2011 at 9:00 a.m. and that the period from Friday, January 21, 2011 to January 28, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

**Date:** <u>1/20/2011</u>

_____
GARLAND E. BURRELL, JR.
United States District Judge