COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DOUGLASS FOWLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-00193 GEB |
| Plaintiff, | )<br>) | STIPULATION AND ORDER<br>CONTINUING STATUS |
| vs. | )<br>) | CONFERENCE |
| DOUGLASS FOWLER, | ) | |
| Defendant. | ) | |

Defendant DOUGLASS FOWLER, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from January 28, 2011, at 9:00 a.m. to February 4, 2011, at 9:00 a.m.

The parties further stipulate and agree that the period from January 28, 2011, to February 4, 2011, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) for the effective preparation of counsel.

DATED: January 27, 2011             /s/ COLIN L. COOPER
                                    Attorney for Defendant DOUGLASS FOWLER


DATED: January 27, 2011             /s/ JASON HITT
                                    Assistant United States Attorney

-1-

1  GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

2  IT IS HEREBY ORDERED that the status conference scheduled for January 28, 2011 is continued to February 4, 2011, at 9:00 a.m. and that the period from January 28, 2011, to February 4, 2011, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

**Date:** **1/28/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge