COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DOUGLASS FOWLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:08-CR-00193 GEB |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| vs. ) | |
| DOUGLASS FOWLER, ) | |
| Defendant. ) | |

Defendant DOUGLASS FOWLER, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the sentencing hearing in the above-captioned case from Friday, April 29, 2011, at 9:00 a.m. to Friday, June 3, 2011, at 9:00 a.m. United States Probation Officer Lynda Moore has been consulted and she is available on June 3, 2011.

The parties further stipulate and agree that the period from April 29, 2011, to June 3, 2011, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) for the effective preparation of counsel.

DATED: April 18, 2011          /s/ COLIN L. COOPER
                               Attorney for Defendant DOUGLASS FOWLER


DATED: April 18, 2011          /s/ JASON HITT
                               Assistant United States Attorney

-1-

-2-

1
2  Sentencing scheduled for April 29, 2011, is continued to June 3, 2011, at 9:00 a.m.
3
4
5  _____
6  GARLAND E. BURRELL, JR.
   United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28