IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )  Case No. 2:08-cr-00193-GEB-1
         Plaintiff,        )
                           )
     v.                    )  ORDER FOR RELEASE OF PERSON
                           )  IN CUSTODY
DOUGLASS FOWLER,           )
                           )
         Defendant.        )
_____)

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release **Douglass Fowler** from custody for the offenses at issue in this federal action.

IT IS SO ORDERED.

Dated: June 20, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge