DANIEL J. BRODERICK, # 89424
Federal Defender
COURTNEY FEIN, Bar # 244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DOUGLAS FOWLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-0193-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER REVOKING DETENTION ORDER** |
| DOUGLAS FOWLER, | |
| Defendant. | |
| _____ | Judge:   Hon. Carolyn K. Delaney |

**I.    Stipulation**

The parties stipulate that the court should vacate *nunc pro tunc* the detention order filed October 2, 2012.

**II.    Statement of Facts**

In the U.S. District Court for the Eastern District of Califronia, Douglas Fowler was convicted of being a felon in possession of a firearm on June 10, 2011, and sentenced to 46 months imprisonment. He began his term of supervision upon his release from prison. In April 2012, Mr. Fowler was arrested for drug possession in El Dorado County. He was placed on county probation. His federal supervision was revoked and he was sentenced to time served on June 15, 2012. On that date, the district judge ordered Mr. Fowler to enroll and

participate in The Effort rehabilitation program, an inpatient substance abuse facility.

On August 10, 2012, a second petition was filed alleging Mr. Fowler violated the conditions of his federal supervision in that he had not successfully participated in the program at The Effort. In light of this, Mr. Fowler was taken into custody for violating his county probation and in addition for a new charge of possession of methamphetamine. This arrest occurred on August 10, 2012. Mr. Fowler was booked into the El Dorado County jail on that date.

While in custody in El Dorado County, a federal arrest warrant issued at the probation officer's request pursuant to the violation petition she filed on August 10, 2012. This caused a federal detainer to be lodged with the El Dorado County jail. Some time later in late September 2012, the U.S. Marshals were mistakenly informed that Mr. Fowler's local proceedings had concluded and that he was ready to be transported to this court to address the pending supervised release violation petition. In fact, the El Dorado County court judge had set $150,000 bail on Mr. Fowler's pending case there, and he was still in primary state custody at the time he was transported to Sacramento where he appeared in this court on October 2, 2012.

At the time of his appearance on October 2, 2012, it had not yet come to the parties' or to the Marshals' attention that Mr. Fowler was not lawfully in federal custody and that his state proceedings had not yet terminated. When Mr. Fowler appeared in district court on October 5, 2012, the U.S. Marshals realized the error and informed the parties that they would need to transport Mr. Fowler immediately back to El Dorado County as they did not have legal custody of him at that time.

Because of the fact that Mr. Fowler was not in lawful federal custody at the time this court's detention order was issued, Mr. Fowler submits this motion to the court requesting that the detention order be vacated *nunc pro tunc.*

**III.   Applicable Law**

Pursuant to the Interstate Agreement on Detainers, 18 U.S.C. Appx. 2, § 2, Article IV(a) and V(a), the receiving state must make a request of the sending state in writing in order to

obtain temporary custody of a prisoner lawfully in the sending state's custody. In this case, El Dorado County is the sending state and the United States is the receiving state. A request of the local El Dorado County authorities was never made in this case because the U.S. Marshals were erroneously informed that Mr. Fowler was no longer in primary state custody.

Accordingly, the parties make a joint request that the court vacate its detention order. Doing so will allow Mr. Fowler to complete his proceedings in state court before appearing in this court to address the violation petition.

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: October 17, 2012        /s/ C. Fein
                                      COURTNEY FEIN
                                      Assistant Federal Defender
                                      Attorneys for DOUGLAS FOWLER

Dated: October 17, 2012        BENJAMIN WAGNER
                                      United States Attorney

                                      /s/ C. Fein for Jason Hitt
                                      JASON HITT
                                      Assistant United States Attorney
                                      Attorneys for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the parties, the detention order issued October 2, 2012 is hereby vacated.

IT IS SO ORDERED.

Dated: October 17, 2012

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE