HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
DOUGLAS FOWLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:08-CR-0193 GEB |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| vs. | ) **DISMISSING VIOLATION PETITION** |
| | ) **AND VACATING HEARING** |
| DOUGLAS FOWLER, | ) |
| Defendant. | ) Date:   June 6, 2014 |
| | ) Time:   9:00 a.m. |
| | ) Judge:  Hon. Garland E. Burrell |

It is hereby stipulated and agreed between defendant, Douglas Fowler, and plaintiff, United States of America, that the petition re violation of supervised release filed August 10, 2012, may be dismissed and the status conference scheduled for June 6, 2014, may be vacated.

On June 3, 2014, Mr. Fowler's probation officer advised defense counsel that she would ask the Court to dismiss the petition in light of Mr. Fowler's progress and because Mr. Fowler's term of supervised release is scheduled to end on June

-1-

14. Defense counsel shared this information with counsel for the government who agreed that the Court may dismiss the petition by stipulation and order, obviating the need for a hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 5, 2014          /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for DOUGLAS FOWLER


                             BENJAMIN WAGNER
                             United States Attorney

Dated: June 5, 2014          /s/ T. Zindel for J. Hitt
                             JASON HITT
                             Assistant U.S. Attorney


**O R D E R**

The supervised release petition filed August 10, 2012, is dismissed and the hearing set for June 6, 2014, is vacated.

IT IS SO ORDERED.

Dated: June 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge